UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M.,[1]<br><br>　　　　Plaintiff,<br>　　v.<br><br>MICHELLE KING,[2]<br>Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. 8:23-cv-02137-MWF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly,

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Acting Commissioner Michelle King as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

1  the Court accepts and adopts the findings, conclusions, and recommendations of the
2  Magistrate Judge.
3       IT IS ORDERED that Judgment be entered REVERSING the decision of the
4  Commissioner of Social Security and remanding this matter for further
5  administrative proceedings consistent with the Report.

7       LET JUDGMENT BE ENTERED ACCORDINGLY.

9  DATED: January 27, 2025

                     MICHAEL W. FITZGERALD
                     United States District Judge