Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff DENISE MAE EVANS-MERKEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MAE EVANS-MERKEL, | CASE NO.  8:23-cv-2137 MWF-AJR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$8,800** as authorized by 28 U.S.C. § 2412.  **FURTHER ORDERED** that the fees are made and delivered to Plaintiff's counsel Sima. G. Aghai as set forth in the Stipulation of the Parties.

Dated: 4/24/2025

_____
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE